■ ENCOMPASS INSURANCE COMPANY, Appellant, v ROCKAWAY FAMILY MEDICAL CARE, P.C., as Assignee of Sarah Obas, Respondent. [26 NYS3d 697]—

Order, Supreme Court, New York County (Joan M. Kenney, J.), entered on or about September 17, 2014, which denied plaintiff's motion for a de novo review of a master arbitrator's findings dated December 17, 2013, and for summary judgment declaring in its favor, and sua sponte dismissed the complaint, unanimously modified, on the law, to reinstate the complaint and grant the part of the motion seeking a de novo review of the arbitrator's findings, and otherwise affirmed, without costs.

Plaintiff satisfied the requirements for a de novo adjudication of this dispute pursuant to Insurance Law § 5106 (c).

Plaintiff's second follow-up request for an examination under oath was sent 11 days after defendant failed to appear on the date set in the first request; the 10th day fell on a Sunday (*see* 11 NYCRR 65-3.6 [b]). Plaintiff correctly argues that it was entitled to an extension of time to the next business day to send its second follow-up request (*see* General Construction Law § 25-a). Concur—Friedman, J.P., Andrias, Saxe and Kapnick, JJ.